IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-00969-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:               October 4, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*

KEVIN SMITH,

    Plaintiff,

v.

CARLA HAVARD, *et al.*,

    Defendants.

*Counsel:*

Raymond K. Bryant

Matthew R. Hader

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:       1:41 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding two pending motions: **Denver Defendants' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** [Doc. No. 36] and **Denver Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss** [Doc. No. 40].

Defense counsel presents oral argument and engages in discussion with the court.  Discussion held regarding the claims of Plaintiff's Complaint, the points of their Reply Brief, and relevant case law.

Plaintiff's counsel presents oral argument and engages in discussion with the court.  Discussion held regarding pleading conclusionary statements versus factual statements to support the claims in the Complaint, relevant case law, and what can be reasonably inferred from the video evidence of the incident related to the dismissal of the criminal charges against Plaintiff.

The court makes findings and cites relevant decisions and case law.

For the reasons as stated on the record,

**ORDERED:** The court **RECOMMENDS** Denver Defendants' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Doc. No. 36, filed 7/12/2013] be **GRANTED in part** and **DENIED in part**. The court recommends that the Motion be granted to the extent it seeks to dismiss Plaintiff's third claim for relief. In all other respects, the court recommends the Motion be denied.

The court informs the parties that only a ruling from the bench will issue, no written order will follow, and therefore the amount of days to file an objection should be calculated from today's date.

Discussion regarding the efficiency of proceeding with discovery until the parties know how the case will move forward with respect to District Judge Arguello's ruling on the court's Recommendation. The court notes the parties may proceed with informal discovery.

**ORDERED:** Denver Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss [Doc. No. 40, filed 8/12/2013] is **GRANTED**. Formal discovery shall be stayed pending a ruling on the court's Recommendation.

The court suggests a tactical decision to be made by Plaintiff's counsel. If Plaintiff does not object to the Recommendation to dismiss the third claim for relief, the court would be inclined to allow Plaintiff's counsel to serve a subpoena under Rule 45 for materials being sought on the City and County of Denver, as they would no longer be a party to the case. Discussion between the court and counsel regarding the proposal.

HEARING CONCLUDED.
**Court in recess**:    **2:44 p.m.**
Total time in court:    1:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.