IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-00969-CMA-CBS

KEVIN SMITH,

    Plaintiff,

v.

CARLA HAVARD, and
THE CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

---

**ORDER DISMISSING DEFENDANT CITY AND COUNTY
OF DENVER, COLORADO**

---

Pursuant to this Court's Order (Doc. # 58), Defendant City and County of Denver, Colorado, is hereby DISMISSED. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of the City and County of Denver, Colorado, as a Defendant in this case.

DATED: May   22  , 2014

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge