IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 13-cv-00969-CMA-CBS | Date: October 22, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

KEVIN SMITH,                                    Raymond Bryant

Plaintiff,

v.

CARLA HAVARD,                                Cathy Greer
                                                            Jamesy Owen

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: FINAL PRETRIAL CONFERENCE AND MOTION HEARING**
**Court in session: 01:31 p.m.**
Court calls case. Appearances of counsel.

The Court has reviewed the Amended Final Pretrial Order and there are still some issues with Plaintiff's witness list. The Final Pretrial Order is signed and entered with interlineations.

Discussion regarding what discovery is needed in regards to MOTION [119] to Reopen Discovery for Limited Purposes Related to Missing Video Footage. The Court refers to the video footage pictures previously provided. The Plaintiff provides argument for the Motion.

**ORDERED:**    MOTION [119] to Reopen Discovery for Limited Purposes Related to Missing Video Footage is **DENIED** as stated on the record.

Hearing Concluded.

**Court in recess: 02:34 p.m.**
Total time in court: 01:03

To order transcripts of hearing with Magistrate Jude Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.