IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-00969-CMA-CBS

KEVIN SMITH,

    Plaintiff,

v.

CARLA HAVARD,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 141). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

DATED: March 2, 2015

                BY THE COURT:

                _____
                Christine M. Arguello
                United States District Judge